IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| SIRENA JONES and JOU MOUA, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCENTRIX SERVICES US, INC.; CONCENTRIX CORPORATION; and CONCENTRIX INSURANCE ADMINISTRATION SOLUTIONS CORPORATION,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 6:20-cv-586-JD |

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

The Court, having considered Plaintiffs' and Defendants' Joint Motion for Approval of FLSA Collective Action Settlement and Plaintiffs' Petition for Approval of Settlement as well as the Parties' settlement agreement and having found that bona fide disputes exist, is of the opinion that the motion and petition should be GRANTED. It is therefore

**ORDERED** that the settlement agreement between the Plaintiffs and Defendants is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further **ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs are hereby dismissed with prejudice.

The Court retains jurisdiction over the matter for 30 days to enforce the terms of the Parties' agreement.

SIGNED and ENTERED this 27th day of May, 2022.

_____
**HONORABLE JOSEPH DAWSON III**
**UNITED STATES DISTRICT JUDGE**

Greenville, South Carolina